# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation of Supervised Release**) |
| v. | Case Number:  04-cr-00470-WYD-01 |
| DEVON LEE POWELL | USM Number:  32650-013 |
| | Marna Lake <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 10, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Report Arrest/Questioning by Law Enforcement Officer | 01/14/2014 |
| 2 | Failure to Report Arrest/Questioning by Law Enforcement Officer | 05/01/2014 |

   The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

   It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

May 14, 2015
Date of Imposition of Judgment

s/ Wiley Y. Daniel
Signature of Judge

Wiley Y. Daniel, U.S. District Judge
Name & Title of Judge

May 29, 2015
Date

DEFENDANT:  DEVON LEE POWELL
CASE NUMBER:  04-cr-00470-WYD-01                                                           Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 04/15/2014 |
| 4 | Failure to Report to the Probation as Directed | 05/12/2014 |
| 5 | Failure to Report Arrest/Questioning by Law Enforcement Officer | 05/01/2014 |
| 6 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 05/13/2014 |
| 7 | Failure to Report Arrest/Questioning by Law Enforcement | 05/07/2014 |
| 8 | Failure to Participate in Drug Treatment as Directed by the Probation Officer | 05/14/2014 |
| 9 | Violation of the Law | 01/10/2014 |
| 10 | Violation of the Law | 01/17/2015 |

DEFENDANT: DEVON LEE POWELL
CASE NUMBER: 04-cr-00470-WYD-01                                             Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months. This sentence shall run consecutive to any sentence imposed by the Colorado Department of Corrections, including but not limited to the sentences imposed in docket numbers 2014-CR-550 and 2014-CR-77.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal